**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 15, 2026

**Notice**

Mr. Matthew Charles Conway
Conway Law Office
P.O. Box 871
Pee Wee Valley, KY 40056

Ms. Amanda E. Gregory
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Re: No. 26-5478
*Karel Mendez Gonzalez v. Jeff Tindall, et al*

Dear Counsel,

The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The case noted above is scheduled for submission to the Court on the briefs of the parties and the record on **Thursday, December 17, 2026**. You will be promptly advised of the Court's decision, or any other order or directive it may issue.

Sincerely yours,

s/Robin L. Johnson
Calendar Deputy

cc: Mr. Madison Taylor Sewell